# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Agustin Perdomo<br>*Plaintiff(s)*<br>v.<br>Beyond Upholstery, LLC and Alfredo Vázquez<br>*Defendant(s)* | ) | Civil Action No. 26-cv-28377 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Beyond Upholstery LLC; 1705 NW 79th Ave, Doral, FL 33126 c/o Carmona and Associates 1705 NW 79th Avenue, Doral, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **Guzman and Kluck PLLC, 804 NW 21 Terrace, Suite 201, Miami, FL 33127**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 23, 2026

Angela E. Noble
Clerk of Court

***s/ K. Rivers***

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| AGUSTIN PERDOMO<br>*Plaintiff(s)*<br>v.<br>BEYOND UPHOLSTERY LLC AND ALFREDO VAZQUEZ<br>*Defendant(s)* | ) | Civil Action No. 26-CV-28377 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Alfredo Vázquez; 1705 NW 79th Ave, Doral, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: GUZMAN AND KLUCK PLLC 804 NW 21 TERRACE, SUITE 201, MIAMI FL 33127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 23, 2026

Angela E. Noble
Clerk of Court

SUMMONS

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts